IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:09CR 35 -1
:
PATRICK WAYNE DULA :

The Grand Jury charges:

COUNT ONE

On or about November 13, 2007, in the County of Forsyth, in the Middle District of North Carolina, PATRICK WAYNE DULA willfully, knowingly and intentionally did unlawfully possess with intent to distribute 25.5 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about November 13, 2007, in the County of Forsyth, in the Middle District of North Carolina, PATRICK WAYNE DULA, in furtherance of a drug trafficking crime for which he could be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, that is, a Ruger .40 caliber semiautomatic pistol, model P94, serial number 341-02708; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT THREE

On or about November 13, 2007, in the County of Forsyth, in the Middle District of North Carolina, PATRICK WAYNE DULA, having been convicted on December 10, 1998, in the United States District Court for the Western District of North Carolina, Statesville, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, conspiracy to manufacture, distribute and possession with intent to distribute cocaine base, knowingly did possess in commerce and affecting commerce a firearm, that is, a Ruger .40 caliber semiautomatic pistol, model P94, serial number 341-02708; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_Randall S. Galyon/by UPA_
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

_[signature]_
ANNA MILLS WAGONER
UNITED STATES ATTORNEY