UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

File No: 1:98CR35-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEAL |
| | ) | |
| PATRICK WAYNE DULA | ) | |
| | ) | |
| Defendant, | ) | |

_____

      NOW COMES PATRICK WAYNE DULA, Defendant in the above named case, by and through his undersigned counsel, and hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the final Judgment entered in this action on the 11th day of December, 2009, by the Honorable William L. Osteen, Jr., United States District Judge for the Middle District of North Carolina.

      This the 16th day of December, 2009.

/s/ Christopher A. Beechler
Christopher A. Beechler
NCSB #27708
Attorney for Defendant
318 Indera Mills Court
Winston-Salem, NC 27101
Phone: (336) 723-1110
E-mail: cbeechler@beechlerlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2009, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to Mr.

Randall S. Galyon of the U.S. Attorney's Office.

/s/ Christopher A. Beechler
Christopher A. Beechler
NCSB #27708
Attorney for Defendant
318 Indera Mills Court
Winston-Salem, NC 27101
Phone: (336) 723-1110
E-mail: cbeechler@beechlerlaw.com